**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-02808-MSK

ALBERTA J. SUTHERLAND,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the OPINION and ORDER of Chief Judge Marcia S. Krieger entered on November 4, 2013, it is

    ORDERED that this action was decided by Chief Judge Marcia S. Krieger on Plaintiff ALBERTA J. SUTHERLAND's Social Security Appeal.  The Court has ordered that the decision of Defendant commissioner is REVERSED and REMANDED.

    Plaintiff ALBERTA J. SUTHERLAND shall recover costs from Defendant Carolyn W. Colvin, Commissioner of Social Security.

    Dated at Denver, Colorado this 5th day of November, 2013.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/Edward P. Butler
    Edward P. Butler, Deputy Clerk